AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER LEE SMITH<br>a/k/a "versbeardad"<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.
3:21-mj- 1426 - JBT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 30, 2021_____ in the county of _____St. Johns_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Moxley, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me
pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: ____9/1/21____

City and state: _____Jacksonville, Florida_____

_____
*Judge's signature*

Joel B. Toomey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017.   I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving, among other criminal offenses, the sexual exploitation of children.   Prior to becoming a Special Agent, I served as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years.   I hold Bachelor's Degrees in Economics and Political Science.   I have also received law enforcement training from the FBI Academy at Quantico, Virginia.   A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative.   Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, and have assisted in the prosecution of cases involving these offenses.   In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation, production, receipt, distribution, possession of, and access with intent to view images and videos depicting the sexual exploitation of children.   I have also been involved in searches of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography during the execution of search warrants.

2.     Specifically, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b).   As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel.   This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause that CHRISTOPHER LEE SMITH, a/k/a user "versbeardad," has committed a violation of 18 U.S.C. § 2252(a)(2), that is, knowing distribution of a visual depiction of a minor engaged in sexually explicit conduct using the Internet.

4.     I make this affidavit in support of a criminal complaint against CHRISTOPHER LEE SMITH, a/k/a "versbeardad", that is, on or about August 30, 2021, in the Middle District of Florida, CHRISTOPHER LEE SMITH, a/k/a "versbeardad", did knowingly distribute a visual depiction using facilities of

2

interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

5.     On August 31, 2021, I reviewed an investigative lead from the FBI Tampa Division that had been sent to the FBI Jacksonville Division for further investigation.   This investigative lead consisted of documents and other materials, and during my review of these materials and speaking by telephone with FBI Special Agent Michael Goodhue, I learned, among other things, the following:

a.     On June 28, 2021, FBI SA Goodhue, who is assigned to the FBI Tampa Division office, began a proactive undercover investigation using a particular social media application (the "app") in an effort to identify individuals attempting to sexually exploit children using the internet.   Based on my training and experience, I know that this particular app is often used by individual users to meet online, engage in conversation through private messages, and share photographs and other content. I also know that the use of this app necessarily involves the use of the internet, which I know to be a facility of interstate commerce.   Based on my training and experience, I also know that this particular social media application is often used by individuals who have a sexual interest in minor children as a platform to identify other like-minded individuals to trade, distribute, and receive child pornography.

3

b.      While acting in an undercover capacity, SA Goodhue (the "UC") was an administrator of a public chat room on the app, the title of which appeared indicative of one that would attract users engaged in the trading of child pornography and sexual exploitation of children.   While an administrator of this particular chat room group, the UC observed user "versbeardad", with a display name of "C S", enter the chat room group on June 28, 2021.

c.      After joining the chat room group, the UC, acting as an administrator of the chat room group, initiated a private message conversation with "versbeardad" and requested the user to verify that he, "versbeardad," was a legitimate user.   Based on my training and experience, I know adminstrators of public chat rooms on the app often require users to verify their legitimacy immediately after joining a public chat room group on the app.

d.      The conversation between the UC and user "versbeardad" that occurred on June 28, 2021, read as follows:

| | |
|---|---|
| UC: | Verify or boot |
| UC: | 15 mins |
| Versbeardad: | Already did with soccerdad |
| UC: | Here is me being in touch |
| UC: | Send a face pic of you touching your ear and you are good to stay |

4

| | |
|---|---|
| UC: | Want to make sure you are not a cop and legit |
| Versbeardad: | [image sent of an adult male touching his ear] |
| UC: | Deal u in |
| Versbeardad: | Hey man |
| UC: | Hey man where u from |
| Versbeardad: | How long you been sleeping with her |
| UC: | She is 10 now |
| UC: | Since she was 5 |
| UC: | Started with rubbing her during shower |
| UC: | She is my wife's kid so we got married a little before that |
| Versbeardad: | Fucking nice |
| UC: | What U into |
| Versbeardad: | She enjoy it? |
| UC: | She does now but it took a while man |
| Versbeardad: | I'm from Georgia originally but I live near Jacksonville now |
| Versbeardad: | I'm into younger |
| Versbeardad: | Your girls age and up |
| Versbeardad: | Boys or girls |

5

| | |
|---|---|
| UC: | Nice, what's your fav age sex |
| Versbeardad: | Boys and girls and 12 to 14 |
| UC: | You ever been active with anyone |
| Versbeardad: | Twice |
| Versbeardad: | 11 girl |
| Versbeardad: | 17 boy |
| UC: | Nice that's hot at same time? |
| UC: | Tell me about the 11 yo girl man that's a great age |
| Versbeardad: | I wish |
| UC: | Lol |
| Versbeardad: | She was my daughter's friend like 12 years ago |
| Versbeardad: | Started out touching her and there |
| UC: | Oh fuck how did you pull that off |
| Versbeardad: | Then finally the full deal |
| UC: | Tell me more |
| UC: | I'll tell you what I'm into but it's pretty out there man |
| UC: | I don't want to scare you off I'm a sick fucking perv |
| Versbeardad: | I started out with the arm over her should walking, rubbing nipples |

| | |
|---|---|
| Versbeardad: | Helped her out slow on sunburned once fully nude |
| Versbeardad: | Played in her pussy a while then couldn't help it I had to fuck her |
| UC: | You actually put your dick in her? You got it in? |
| UC: | Nice mmmmmm |
| Versbeardad: | Yeah it took a bit but I'm kinda long and slender so I got it in |
| UC: | Oh nice how big |
| Versbeardad: | She had an orgasm as soon as I bottomed out inside her |
| Versbeardad: | I'm only 6.5 |
| UC: | You made an 11 yo orgasm? Damn |
| Versbeardad: | [image sent of an adult penis] |
| Versbeardad: | Physically she was much older |
| Versbeardad: | She looked 16 |
| UC: | I gotcha |
| UC: | [image sent of what appeared to be an erect penis] |
| UC: | O |
| UC: | You want to hear what I'm into |
| UC: | I'm not talking fantasy either bro, only looking for |

7

|                |                                         |
|----------------|-----------------------------------------|
|                | like minded dads                        |
| Versbeardad:   | I'm into it for real                    |
| versbeardad:   | I'd love to fuck your girl              |
| UC:            | Well hear me out bro                    |
| Versbeardad:   | Ok                                      |
| UC:            | I really just love watching             |
| Versbeardad:   | Heard                                   |
| UC:            | I'm like a cuck                         |
| Versbeardad:   | I'm the same with my boys               |
| UC:            | Heard from who                          |
| Versbeardad:   | I like watching them get fucked         |
| Versbeardad:   | Sorry it's a restaurant term            |
| Versbeardad:   | Means I got you                         |
| UC:            | Lol sorry                               |
| UC:            | So I have only got to pull this off once|
| Versbeardad:   | Is she open enough to fuck              |
| UC:            | With a dude from Miami he came up and fucked her and I have never came so hard in my life bro |
| UC:            | It was the rope of all ropes            |
| Versbeardad:   | Damn                                    |

8

| | |
|---|---|
| Versbeardad: | Can she cum yet |
| UC: | We met at a hotel |
| UC: | Not yet but she gets wet down there |
| Versbeardad: | Does she say she enjoys it |
| UC: | She really seemed to like the Miami guy but that was a few months back |
| Versbeardad: | Is she still bald |
| UC: | She likes taking care of daddy and she won't say shit because she doesn't want to get me in trouble |
| Versbeardad: | Nice |
| UC: | And my wife is dumb as shit she would never know |
| UC: | She is bald yes |
| Versbeardad: | Did he cum inside her |
| Versbeardad: | Cause I'd love to |
| UC: | Fuck no man he had to wear a condom |
| Versbeardad: | Oh damn lol |
| UC: | You got to wear a condom if u want to put it in my girl man |
| Versbeardad: | I feel that |
| Versbeardad: | Can I see her |

9

| | |
|---|---|
| UC: | Maybe bro we just met man I don't just blast her pics around unless I fell like someone is legit |
| UC: | And this is all about trust |
| UC: | I have a lot to lose |
| Versbeardad: | I get that totally |
| Versbeardad: | We can chat for a while til you're comfortable |
| UC: | You ever visit Tampa? |
| Versbeardad: | I gotta go to Dunnellon in a couple of months |
| UC: | I just don't want to send these pics out and have dudes whacking off to her and I don't even get to watch lol |
| UC: | You mean Dunedin? |
| Versbeardad: | No |
| Versbeardad: | Dunnellon |
| UC: | Oh shit where is that at |
| Versbeardad: | Near Tampa |
| UC: | Oh fuck man that's way north |
| UC: | What's up there a conference or something |
| UC: | I had to look it up lol |
| Versbeardad: | I work part time for a realty company so I gotta go |

|  | check out a rental |
| UC: | Nice make sure they ain't trashing the place like my tenant just did |
| UC: | Fucking roaches everywhere |
| UC: | When' the last time you were active wiii to young |
| UC: | With young |
| Versbeardad: | 3 months ago, the boy |
| UC: | He is 17? |
| Versbeardad: | Yeah |
| UC: | He is like a man by now bro |
| UC: | Does he know he is gay? |
| Versbeardad: | Yeah I fucked him so he's gay lol |
| Versbeardad: | And I know he's grown but all I could get lol |
| UC: | Lol man you sound real horny bro |
| UC: | You sure you don't want to drive over here sooner? Lol |
| UC: | My princess is out of school until august |
| UC: | So you got plenty of time until then |
| Versbeardad: | So as soon as we get comfortable enough for pics I'll make it happen |

11

UC:            Ok You get any pics from your fun?

UC:            [image sent of what appeared to be a child]

UC:            This is just a taste of my night time perv shots

UC:            [image sent of what appeared to be a child]

UC:            That's all for now bro

UC:            To let you know I'm not fucking around

Versbeardad:  Oh Jesus

Versbeardad:  She's perfect

Versbeardad:  Can I eat her

UC:            If you want to she likes that

UC:            What else would you want to do with her

Versbeardad:  I wanna make love to her

Versbeardad:  Lick her all over

UC:            Well I can start getting her ready for you but you got to be gentle man

Versbeardad:  I am so very gentle

UC:            She is small

UC:            You can't be forceful

Versbeardad:  I am the most gentle

UC:            And I always give her a gift after

12

| | |
|---|---|
| Versbeardad: | I'll probably just eat her for a really long Tom e |
| Versbeardad: | Time |
| UC: | She loves Disney princesses so I get her gifts and toys |
| Versbeardad: | Very nice |
| UC: | You can man as long as I can sit in the chair and jerk and watch |
| Versbeardad: | I'm scared but excited |
| Versbeardad: | I would love you to watch and stroke |
| UC: | I was so scared the first time but like I said bro ropes |
| Versbeardad: | I'm sure |
| UC: | Would you be ok with me watching and jerking |
| Versbeardad: | I would love you to stroke and watch |
| UC: | Mmmmm I'm thinking about the last time and how fucking hot it was |
| Versbeardad: | Oh god I'm sure |
| Versbeardad: | U ever record |
| UC: | We did record but swore to never show it to anyone but for our personal spank collection |
| UC: | He didn't have time to record but I had a free hand |

|  | lol |
| --- | --- |
| Versbeardad: | You recorded him in her |
| UC: | I sure did |
| Versbeardad: | Oh fuck |
| UC: | But I can't send that bro I only airdropped it to him before he left |
| Versbeardad: | I'm sure |
| UC: | And we swore to keep secret |
| Versbeardad: | That's fine |
| UC: | I can record if you want |
| Versbeardad: | Screenshot it lol |
| Versbeardad: | Just not my face |
| UC: | Well I can use your phone for a little bit if you want and just give it back to you |
| Versbeardad: | Ok That works too |
| UC: | No I won't do face shot that is just asking for trouble |
| UC: | Ain't no one going to ruin what I got going |
| Versbeardad: | I feel that |
| UC: | I got the hotel room but you got to help me out man |

14

|  | I'm kind of broke if you just split the cost with me 50 50 when you get here |
|---|---|
| Versbeardad: | Ok |
| UC: | I am sick bro but broke lol |
| Versbeardad: | Lol nice |
| Versbeardad: | That's perfect |
| UC: | You for real serious or you bullshitting me? |
| Versbeardad: | I'm dead ass |
| Versbeardad: | As long as you're real |
| Versbeardad: | You can show me more over time so I know you're real |
| UC: | You want a face pic? |
| Versbeardad: | Yeah |
| UC: | I don't give a fuck you already sent me one I just don't want to send nudes of daugh |
| Versbeardad: | I feel that |
| Versbeardad: | Not yet anyway huh lol |
| UC: | [image sent of a partial male face in the dark] |
| Versbeardad: | Lol ok |
| Versbeardad: | Half a face lol |

15

| | |
|---|---|
| Versbeardad: | But ok |
| UC: | Lol it's hard taking a selfie with this small stupid iPhone |
| UC: | Need a bigger one |
| Versbeardad: | That's what she said lol |
| Versbeardad: | Sorry |
| UC: | Lol hi yo! |
| Versbeardad: | Just something we say in the kitchen |
| UC: | Funny shit man I think we are going to make this happen. Just please don't waste my time |
| Versbeardad: | I feel the same way |
| UC: | So many dads on here bullshit me and only had 1 dad actually follow through |
| UC: | What days you usually have off? |
| Versbeardad: | After we talk a bit can I see her more |
| Versbeardad: | I'm off Wednesday and Thursday here |
| UC: | My goal is to make it a regular thing but I think the last dad got freaked out or some shit he doesn't want to meet again |
| Versbeardad: | I'm sure he's scared to death |

16

| | |
|---|---|
| Versbeardad: | I am already |
| UC: | Dude the best load shot ever is why |
| Versbeardad: | I feel that |
| UC: | The fear and excitement and meeting strangers is so fucking hot |
| Versbeardad: | I'm sure it'll be the best load I ever shot too |
| UC: | You clean bro? You aren't going to give her anything right? |
| Versbeardad: | I'm undetectable |
| Versbeardad: | But with a rubber won't matter |
| UC: | What is undetectable mean? |
| UC: | You got [medical condition] or something? |
| Versbeardad: | Yes but on meds and can't pass it |
| UC: | Fuck do you have like documentation or something |
| Versbeardad: | Yeah |
| Versbeardad: | Absolutely |
| Versbeardad: | I do lab work every 3 months |
| UC: | You would have to make sure to prove that bro we can't get my girl [medical condition] or I am fucked |
| Versbeardad: | She can't catch it |

| | |
|---|---|
| Versbeardad: | Google undetectable |
| UC: | Ok I'm sorry man I don't know much about it. I'll google it |
| UC: | Thanks for being honest man |
| Versbeardad: | Of course |
| UC: | Just need to wear a condom the whole time man I'm sorry |
| Versbeardad: | It's cool |
| Versbeardad: | Does she suck yet |
| UC: | She does |
| UC: | I trained her well |
| Versbeardad: | Oh fuck |
| Versbeardad: | I'd love to watch that |
| UC: | Damn that might be a good way to warm up lol |
| UC: | How did you get the [medical condition] if you don't mind me asking |
| Versbeardad: | Hooking up with random dudes |
| UC: | I hear ya man crazy world out there ya never know |
| Versbeardad: | Yeah I feel that |
| UC: | Got to be careful but sometimes the risk is worth the |

|              | reward lol |
| --- | --- |
| Versbeardad: | Yeah I know |
| Versbeardad: | You have pics or video of her sucking |
| UC: | I might…. |
| UC: | I'll share with you if you follow through |
| Versbeardad: | Ok |
| UC: | I have to turn the notifications off in case wifey snoops |
| UC: | She is pretty dumb but not that dumb |
| Versbeardad: | Lol ok |
| UC: | So I'll give you my burner number if you can't reach me on here |
| UC: | [text displaying a telephone number] |
| UC: | You are obviously legit now it's about trust and finding out when we can make this shit happen |
| UC: | Just make sure to text only for now… we can eventually talk on the phone when we get comfortable if you want, it's up to you bro |
| UC: | I'm just hard as fuck thinking of you doing things to my princess mmmmmmmm |

19

| | |
|---|---|
| Versbeardad: | Ok cool |
| Versbeardad: | Me too |
| Versbeardad: | Can I see anything else of her? Even dressed |
| UC: | That's it for now bro more to come later |
| UC: | I need to get up early for work construction |
| Versbeardad: | Ok lol |
| Versbeardad: | I feel that |
| UC: | Pain I da balls |
| UC: | But money is good |
| UC: | You a chef? |
| Versbeardad: | I am |
| Versbeardad: | How's you know that |
| UC: | Nice you said something about restaurant or some shit |
| UC: | Heard |
| UC: | Figured you were cooking up some good eats bro |
| Versbeardad: | Oh |
| Versbeardad: | Lol true |
| UC: | Alright man I'm going to bed |
| UC: | Talk later |

| UC: | Let's make this shit happen! |
| Versbeardad: | Ok g'night |
| Versbeardad: | And we will |

e.      In July 2021, the FBI Tampa Division applied facial recognition tools to the image sent by user "versbeardad" to the UC and identified him as CHRISTOPHER LEE SMITH, a registered sexual offender, date of birth 10/09/1981, with a physical address of 736 King Street, #2, Saint Augustine, Florida 32084.   According to the Florida Department of Law Enforcement Sex Offender website and a review of the plea/sentence notes from the case of State of Florida vs. Christopher Lee Smith, Case No. 11000810CFMA, Circuit Court, St. Johns County, Florida, on or about October 10, 2012, SMITH was adjudicated guilty and convicted of traveling to meet a minor to commit unlawful sexual offense, in violation of Section 847.0135(4), Florida Statutes, with a sentencing date of February 25, 2016.

f.      On August 30, 2021, the UC, while an administrator of a public chat room group on the app, the title of which appeared indicative of one that would attract users engaged in the trading of child pornography and sexual exploitation of children, observed user "versbeardad" enter the chat room group.   After user "versbearbad" joined the chat room group, the UC, acting as an administrator, initiated a private message conversation with "versbeardad" and requested the user

21

to verify he was a legitimate user.   The conversation between the UC and user "versbeardad" that occurred on August 30, 2021, read as follows:

| | |
|---|---|
| UC: | Hey bro |
| Versbeardad: | Image sent of male touching his ear |
| UC: | Thanks man you good to stay what u into |
| Versbeardad: | Young |
| Versbeardad: | Girls or boys |
| Versbeardad: | Flat and smooth |
| UC: | Nice I have a daughter she is sexy and bald down there |
| UC: | What's your favorite age? |
| Versbeardad: | 11-14 usually but open to any |
| UC: | Hot my daugh is 10 |
| Versbeardad: | Nice |
| UC: | You ever taste a young boy or girl |
| Versbeardad: | Yes |
| UC: | Mmmmm tell me about it |
| Versbeardad: | You? |
| UC: | I have tasted her since she was 5 when I moved in with her and her mom |

| | |
|---|---|
| Versbeardad: | Nice |
| UC: | Second time I moved in with a woman with a kid lol |
| Versbeardad: | I have a boy, 15, but looks 12 |
| UC: | Nice so you play with his little twig and berries |
| Versbeardad: | Yes |
| UC: | Do you live with him? |
| Versbeardad: | [Image sent of a buttocks of a person] |
| Versbeardad: | No |
| Versbeardad: | He sneaks over sometimes lol |
| UC: | Is that his little tight ass? |
| Versbeardad: | Yes |
| UC: | Any way you can prove it? Lots of dudes send fake pics bro |
| Versbeardad: | No I can't sorry |
| UC: | Take a live pic of that wall in the background |
| UC: | The blue wall |
| Versbeardad: | I can't go to his house lol |
| Versbeardad: | He sent me that |
| Versbeardad: | Don't know what to tell you |

| | |
|---|---|
| Versbeardad: | Sorry lol |
| UC: | Damn man I'm just wanting to get some proof been burned so many times when sending pics of my girl |
| UC: | You don't have custody? |
| Versbeardad: | I get it |
| Versbeardad: | No |
| Versbeardad: | I only met him a month ago |
| Versbeardad: | On an app lol |
| UC: | What happened? |
| Versbeardad: | He was on a dating app looking |
| UC: | Your son was? |
| Versbeardad: | He's not my son |
| Versbeardad: | I only met him a month ago |
| UC: | Oh you are talking about the sweet little ass in the pic |
| Versbeardad: | Yes |
| UC: | Mmmmm nice Grindr? |
| Versbeardad: | Jack'd |
| UC: | [Image sent of what appeared to be a child, but does not depict an actual child] |

24

Versbeardad:        Oh damn

UC:                 This is my daughters tight little ass

Versbeardad:        Nice

Versbeardad:        Beautiful

UC:                 I love to perv and put fingers where they shouldn't

                    go

UC:                 So tell me about your little boy toy from jackd

Versbeardad:        He's blown me a few times

UC:                 How did that go down? He is for real 15? I thought

                    he had to be 18 to get on the site

Versbeardad:        I've eat him out for an hour one night and rubbed

                    the head around in him but that's all so far

Versbeardad:        The app doesn't verify, they just ask if you are

UC:                 Oh fuck that's hot you take any pics or vids of that

                    shit?

Versbeardad:        I did but I have an iPhone and I got scared and

                    deleted them all

UC:                 I would stroke to that

Versbeardad:        Only saved that one bc u can't really tell

UC:                 Pull those from the cloud so we can jerk to them

| | |
|---|---|
| UC: | He curious or closeted ? |
| Versbeardad: | [Video sent of a hand rubbing an unknown young-looking individuals's buttock and exposing the anus] |
| UC: | Mmmmmm is that the little twink |
| Versbeardad: | Yes |
| Versbeardad: | I have one of him sucking but I gotta see something first |
| UC: | I knew you would save them show me the vid of him sucking you |
| UC: | Ok let me see |
| Versbeardad: | Your turn |
| UC: | [Image sent of what appeared to be a child, but does not depict an actual child] |
| UC: | Mmmm lick that titty |
| UC: | Now let me see you get sucked |
| UC: | You know you want to share so we can both enjoy |
| Versbeardad: | [Video sent of minor male engaged in oral to genital sexual intercourse on an adult male's penis (Video #1)] |

26

| | |
|---|---|
| Versbeardad: | It's not me |
| Versbeardad: | Him with another guy |
| UC: | Oh my god he is so fucking cute |
| Versbeardad: | Yeah!! |
| UC: | How old is he I want him to suck me |
| Versbeardad: | I already told you |
| UC: | Mmmmmm I want a young boy so bad I would trade my daughter |
| Versbeardad: | He wants a threesome with 2 daddies but you gotta come to Jax |
| UC: | Oh fuck for real |
| Versbeardad: | Yep |
| UC: | I'm near Tampa |
| Versbeardad: | No rubber required for him either |
| Versbeardad: | He'll take all the loads we got |
| UC: | Oh man that is so hot |
| Versbeardad: | Think about it |
| UC: | You only met him a month ago? How far away is he |
| Versbeardad: | I got a big boat we can go out on and play |

| | |
|---|---|
| Versbeardad: | He lives like a mile away lol |
| UC: | Mmmmmmm I would love to get sucked on the water |
| Versbeardad: | He'll do it |
| UC: | Can you get him to wear like a high school shirt or jacket |
| Versbeardad: | Sure |
| UC: | When do you think we could meet? |
| Versbeardad: | Whenever |
| Versbeardad: | Friday night is better |
| Versbeardad: | Late |
| UC: | Fuck I need to make some time |
| UC: | How late it's a long drive |
| Versbeardad: | 9 or 10 |
| UC: | We can go out on the water at night or go to like a hotel? |
| Versbeardad: | I host |
| UC: | Your place ? |
| Versbeardad: | Yeah |
| UC: | Hot |

28

| | |
|---|---|
| Versbeardad: | Or you get a room and I'll bring him |
| Versbeardad: | How old are you |
| UC: | Ok I could do that if it would be more convenient |
| UC: | 42 |
| Versbeardad: | I'm texting him |
| UC: | Do you use any other apps to chat? I want to save your contact if I can make this happen on Friday lots of dudes just whack off and stop talking to me |
| Versbeardad: | Just this |
| UC: | Ok I guess if this is all you are comfortable with |
| Versbeardad: | He wants pics |
| UC: | What does he want? |
| Versbeardad: | And also send me something juicy of her since I sent you that |
| Versbeardad: | Face and dick |
| UC: | [Image sent of what appeared to be an adult penis] |
| UC: | [Image sent of an adult male] |
| Versbeardad: | How long are you |
| UC: | About 7 |
| UC: | And thick and smooth |

29

| | |
|---|---|
| Versbeardad: | Got another face pic? He said he can barely see you |
| Versbeardad: | [Image sent of a screenshot of text messages with "Babydoll"] |
| UC: | It's dark I know I'm sorry I'll take a pretty pic for him in the morning after I shower |
| Versbeardad: | Send me some kind of face pic |
| UC: | And then let me know if he is still interested |
| Versbeardad: | And I'll let you know |
| UC: | That was a face pic just dark bro |
| Versbeardad: | I know you have a selfie |
| UC: | I really dont lol |
| Versbeardad: | Ok I know you have another one in your phone |
| UC: | [Image sent of an adult male] |
| Versbeardad: | How you expect me to tell him that you don't have a pic, so turn on the light and snap one |
| Versbeardad: | Ok I sent it |
| UC: | Dude I'm married not trying to blast my pics out there of me and my nude 10 yo lol |
| UC: | Got to be careful |
| Versbeardad: | I'm not asking for pics of her |

30

| | |
|---|---|
| Versbeardad: | I'm asking for pics of him |
| UC: | Ok thanks man I appreciate it |
| UC: | You are like his big brother |
| Versbeardad: | Now I mean I would like to see a sexy video of her since I sent his |
| UC: | I don't send vids of her man I'm sorry too risky |
| Versbeardad: | So I sent that video and you don't have anything |
| UC: | I have to be careful |
| Versbeardad: | That's messed up |
| Versbeardad: | Lol |
| Versbeardad: | He wants to text you |
| UC: | I'll make it up to you guys on Friday |
| UC: | Ok give him my number |
| UC: | [text displaying a telephone number] |
| Versbeardad: | [text displaying a telephone number YYY-YYY-YYYY] |
| UC: | I set one up just for these occasions when a young boy is willing to suck me |
| UC: | Does he charge money or just love loads? |
| Versbeardad: | He likes cock |

31

| | |
|---|---|
| Versbeardad: | Text him |
| UC: | Ok I will how many times has he sucked you |
| Versbeardad: | Twice |
| UC: | Mmmmmmm where did he do it |
| UC: | At a hotel? I'm going to Expedia tomorrow and see what I can find |
| UC: | Any area you want me to look? I don't know jax that well |
| Versbeardad: | Text him |
| Versbeardad: | U text him? |
| UC: | I did |
| UC: | Chatting with him now |
| Versbeardad: | Ok |
| Versbeardad: | Y'all have fun |
| Versbeardad: | He sent any good pics? |
| UC: | Just a few he is very cute |
| Versbeardad: | Send what he sent |
| Versbeardad: | Please |
| Versbeardad: | Damn ok lol |
| UC: | Hey thanks for hooking me up with him he seems |

|  | sweet |
| UC: | I got to go to bed bro trying to set up something for Friday night send me your number so we can text or text me you have my number |
| UC: | Whatever you are comfortable with |
| Versbeardad: | Ok what kinds pics he send |
| Versbeardad: | Anything juicy |
| Versbeardad: | He's down with Friday night? |
| UC: | He seemed down for it need to keep in touch with him though |
| Versbeardad: | Ok cool |
| Versbeardad: | He send nudes? |
| Versbeardad: | I was hoping you'd share them |
| UC: | I don't share other people's nudes without their permission |
| Versbeardad: | Oh wow |
| Versbeardad: | So you guys just cutting me out of this already |
| Versbeardad: | So it was ok to ask me for his nudes but you can't return the favor |
| Versbeardad: | Ok cool |

33

| Versbeardad: | You have fun bro |
| --- | --- |
| UC: | Hey man I'm not cutting you out |
| UC: | I'm still open for a 3 way |
| UC: | Text me tomorrow we will work something out |
| UC: | Have a good night |

g. On August 30, 2021, the UC sent a text message to the telephone number provided by user "versbeardad", YYY-YYY-YYYY, that user "versbeardad" told the UC during the private message conversation on the app, was the telephone number belonging to the minor male. During the ensuing text message conversation, the UC and the minor male engaged in sexually explicit conversation. During the initial stages of the text message conversation between the UC and the minor male, the UC sent messages to the male child that read "CS gave me your number" and "Met him on Kik", to which the minor male responded "I know, did he show u me giving head" and "Honestly Idc it's just upsetting he wants me to himself". During the text message conversation between the UC and the minor male, the minor male told the UC, in summary, among other things, that he was 14 years old, was in the 8th grade, and resided in the Saint Augustine area. During the text message conversation with the UC, the minor male sent the UC five images that included a minor male's face, all of which appeared to depict the same person. The minor male also told the UC in summary, that he had previously

34

performed oral sex on "C S", that the minor male has sent nude images of himself to "C S", and provided "C S" telephone number as 904-XXX-XXX. The minor male also told the UC in summary, that the individual depicted in the video of a minor male engaged in oral to genital sexual intercourse with an adult male that UC referenced as being sent to him (UC) by "C S" was of him (the minor male) and a 21 year old male.

      h.     On August 31, 2021, an administrative subpoena was served by the FBI on T-Mobile requesting identifying information for the telephone number used by the minor male to communicate with the UC, that is, YYY-YYY-YYYY. On the same day, T-Mobile provided responsive documents to this subpoena that listed the subscriber of the account for this number as Person #1, with a service address of a particular residence in Saint Augustine, Florida.

      i.     Also on August 31, 2021, FBI Staff Operations Specialist Maria Mitchell performed law enforcement database queries on the telephone number used by the male minor child, YYY-YYY-YYYY, which revealed a law enforcement report that referenced a particular identified male child (Child #1). Child #1's date of birth was included in this report, indicating that Child #1 would be 13 years old as of August 31, 2021. The telephone number listed for the male child on this report was YYY-YYY-YYYY, the same number that the male minor used to communicate with the UC and the same number provided by user "versbeardad," whom I have

probable cause to believe is CHRISTOPHER LEE SMITH, to the UC on August 30,
2021 as set forth above.   Open source research of online social media belonging to
and used by Child #1, which I have reviewed, revealed that there is probable cause
to believe that the Child #1's mother is Person #1.

6.      On August 31, 2021, I reviewed Video #1 referenced above and sent by
SMITH, a/k/a user "versbeardad," to the UC at approximately 9:00 PM on August
30, 2021.   The video is described as follows:

DESCRIPTION: A color video with sound, approximately seven
seconds in length, of a minor male with an adult male's penis in the minor male's
mouth.   An adult male is laying on a bed without pants, while the minor male is
positioned between the adult's legs and engaged in oral to genital sexual intercourse
during the entire video.   The minor male's face and the adult male's penis are both
positioned in the center of the video frame, making both the focal point of the video.
Based on my training and experience, as well as the information set forth above and
below, I have probable cause to believe that this video depicts a minor, that is, Child
#1, engaged in sexually explicit conduct with an adult male, that is, oral to gential
sexual intercourse, and therefore constitutes child pornography pursuant to Title 18,
United States Code, Section 2256.

7.      On August 31, 2021, I reviewed the five images sent to the UC by the
the minor male, Child #1, and images on social media depicting Child #1 referenced

36

above.   Based on my comparison of the five images sent to the UC by the minor male, as well as images on social media belonging to the identified male child (Child #1), to the minor male depicted in Video #1 described above, I have probable cause to believe that all of these images and Video #1 all of the same male child, that is the previously identified Child #1, who was 13 years old as of August 31, 2021.

8.   Also on August 31, 2021, I compared the images sent by user "versbeardad" to the UC using the live camera feature of the app on June 28, 2021 and August 30, 2021, to the Florida Department of Motor Vehicles photo of SMITH and the photo of SMITH in the Florida Department of Law Enforcement Sexual Offender website.   Based on my review, I have probable cause to believe that the images sent by user "versbeardad" and the photos identified as CHRISTOPHER LEE SMITH on the FDLE Sexual Offenders website and the Florida DMV database, depict the same person, that is, CHRISTOPHER LEE SMITH.

9.   Also on August 31, 2021, the FBI served an emergency disclosure request on the company that owns the app seeking subscriber information for the app user "versbeardad".   On the same day, FBI Operational Support Technician Bianca Forte reviewed the documents responsive to this emergency disclosure request.   The responsive documents listed the name of the user as "C S", the e-mail address as "dirtybtm@gmail.com".   The results listed a login activity from IP address 70.238.182.108 on August 30, 2021.

10.    Also on August 31, 2021, the FBI served an emergency disclosure request to AT&T requesting identifying information for the subscriber of IP address 70.238.182.108.   On the same day, FBI Operational Support Technician Bianca Forte reviewed the documents responsive to this emergency disclosure request.   The responsive documents listed "Christopher Smith" as the subscriber of the account. It listed the telephone number as "904-XXX-XXX" and the physical address as "736 West King Street, Saint Augustine, Florida 32084".   It also listed the IP address assignment for IP address 70.238.182.108 as active at this residence from June 3, 2021 to present.

11.    Based upon the foregoing facts, I have probable cause to believe that on or about August 30, 2021, in the Middle District of Florida, CHRISTOPHER LEE SMITH, a/k/a "versbeardad", did knowingly distribute a visual depiction using facilities of interstate commerce, that is, by cellular telephone via the internet, when the production of the visual depiction involved the use of a minor engaging in

38

sexually explicit conduct, and the visual depiction was of such conduct, in violation

of 18 U.S.C. § 2252(a)(2).

DANIEL R. MOXLEY, Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P.
4.1 and 4(d) this 1st day of September, 2021, at Jacksonville, Florida.

JOEL B. TOOMEY
United States Magistrate Judge

39

#